■ 6-8 WEST 107 ASSOCIATION v NUEY.—Motion for leave to appeal to the Court of Appeals denied. *(See, Matter of Hunter v County Clerk of Suffolk County,* 19 NY2d 941; Cohen and Karger, Powers of the New York Court of Appeals § 147, at 585.) Concur—Sandler, J. P., Carro, Asch, Kassal and Wallach, JJ.

■ In the Matter of JOEL S. MEDOWS, a Suspended Attorney. —Applications for reinstatement as an attorney and counselor-at-law in the State of New York granted, without costs, effective October 27, 1987. Concur—Sandler, J. P., Carro, Asch, Rosenberger and Smith, JJ.